UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TERRI L. SCHMIDT,

            Plaintiff,

-vs-                                        Case No. 5:07-cv-271-Oc-10GRJ

CORY ST. CLAIR, PV HOLDING
CORPORATION, AVIS RENT A CAR
SYSTEM, LLC, a limited liability
corporation,

            Defendants.
_____

## **O R D E R**

The United States Magistrate Judge has issued a report (Doc. 15) recommending that the Plaintiff's Motion to Remand (Doc. 7) be granted. None of the parties have filed objections to the Magistrate Judge's report and recommendation, and the time for filing objections has elapsed. Accordingly, upon due consideration, it is ORDERED and ADJUDGED that:

    1. The Magistrate Judge's Report and Recommendation (Doc. 15) is adopted, confirmed, and made a part hereof;

    2. The Plaintiff's Motion for Remand (Doc. 7) is GRANTED; and

    3. This action is REMANDED to the Circuit Court of the Fifth Judicial Circuit, in and for Marion County, Florida.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 17th day of December, 2007.

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record